## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1772          Assigned/Issued By: j. n.

Judge Name: kocoras          Designated Magistrate Judge: brown

---

**FEE INFORMATION**

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____          Receipt #: 2646931_____

Date Payment Rec'd: 3-27-08_____      Fiscal Clerk: j. n._____

---

**ISSUANCES**

☑ Summons                           ☐ Alias Summons
☐ Third Party Summons               ☐ Lis Pendens
☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        (Victim, Against and $ Amount)
☐ Citation to Discover Assets       ☐ Other
☐ Writ _____                  _____
   (Type of Writ)                       _____
                                        (Type of issuance)

1_____ Original and 0_____ copies on 3-27-08_____ as to defendant_____
                                    (Date)

_____
_____