65100/1140LIT4772

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiff,

V.

CAPITOL PLUMBING, INC., an Illinois Corporation,

Defendant.

CASE NUMBER: **08 C 1772**

ASSIGNED JUDGE: **JUDGE KOCORAS**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Capitol Plumbing, Inc.
c/o Thomas A. Mitchell - registered agent
764 Sojourn Road
New Lenox, Illinois  60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Brian T. Bedinghaus
Lisa M. Simioni
Lewis Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 28, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | April 3'rd, 2008 |
| NAME OF SERVER (PRINT)  Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify): Personally handed the Summons and the Complaint to Mrs. Jean Mitchell, wife of Mr. Thomas Mitchell, R/A for the defendant, Capitol Plumbing, Inc. Service was effected at the office of Capitol Plumbing, Inc., which is also the Mitchell residence. Service was effected at 764 Sojurn Road, in New Lenox, Ill., at the hour of 5:08 p.m., on April 3'rd, 2008.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 3'rd, 2008    *Philip P. Ducar*
                Date                Signature of Server

Post office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.