LIT-4772

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1772 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| CAPITOL PLUMBING, INC., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, moves the Court to enter Default Judgment in favor of Plaintiff and against Defendant, CAPITOL PLUMBING, INC.  In support hereof, Plaintiff states:

1. Plaintiff filed the Complaint on March 27, 2008, seeking judgment against Defendant for an accounting, monthly reporting, and payment of unpaid contributions and other damages under Defendant's collective bargaining agreement with Chicago Journeymen Plumbers' Union Local 130, U.A., and ERISA, 29 U.S.C. §§ 1132 and 1145, and LMRA, 29 U.S.C. § 185.

2. Defendant was served with process on April 3, 2008.  For the Court's convenience, a true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Defendant was required to appear and answer on or before April 23, 2008.

4. Defendant has not filed an appearance or answer, and is in default.

     5.     Plaintiff requests that the Court enter the proposed order attached hereto as Exhibit B.

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests the Court to enter Default Judgment in favor of Plaintiff and against Defendant, CAPITOL PLUMBING, INC., providing the following:

    a.    Requiring that, within 21 days of entry of judgment, Defendant submit to auditors designated by Plaintiff all books, records, and other information that such auditors may reasonably request for the purpose of an audit verifying Defendant's compliance with its contribution and other obligations under its collective bargaining agreement with Union during the period from January 1, 2007, to the present;

    b.    Enjoining and ordering Defendant to fully complete and submit to Union within 21 days of entry of judgment all delinquent monthly contribution reports, and to continue to timely submit such reports while this action is pending and in the future;

    c.    Retaining jurisdiction to enforce the provisions of such judgment and to enter supplemental judgment(s) in favor of Plaintiff and against Defendant for all unpaid contributions and other amounts shown to be due and owing under the collective bargaining agreement, ERISA, and/or LMRA, including but not limited to interest, liquidated damages, audit costs, attorneys' fees, and court costs; and

    d.    Awarding in favor of Plaintiff and against Defendant such other and further relief as the Court deems just and equitable.

JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

By: s/ Brian T. Bedinghaus
Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200
65100/1140BTB138566

PROOF OF SERVICE

I served a copy of the foregoing Motion for Default Judgment upon:

Capitol Plumbing, Inc.
c/o Tom Mitchell, President
764 Sojourn Road
New Lenox, IL 60451

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on August _19_, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008.

_____
CHRISTINE USYAK

Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312-580-1200

# EXHIBIT A

Case 1:08-cv-01772  Document 12-2  Filed 08/19/2008  Page 1 of 6

65100/1140LIT4772

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiff,

V.

CAPITOL PLUMBING, INC., an Illinois Corporation,

Defendant.

CASE NUMBER: **08 C 1772**

ASSIGNED JUDGE:

**JUDGE KOCORAS**
**MAGISTRATE JUDGE BROWN**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Capitol Plumbing, Inc.
c/o Thomas A. Mitchell - registered agent
764 Sojourn Road
New Lenox, Illinois  60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Brian T. Bedinghaus
Lisa M. Simioni
Lewis Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

March 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 3'rd, 2008 |
| NAME OF SERVER *(PRINT)* Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify):  Personally handed the Summons and the Complaint to Mrs. Jean Mitchell, wife of Mr. Thomas Mitchell, R/A for the defendant, Capitol Plumbing, Inc. Service was effected at the office of Capitol Plumbing, Inc., which is also the Mitchell residence. Service was effected at 764 Sojurn Road, in New Lenox, Ill., at the hour of 5:08 p.m., on April 3'rd, 2008.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 3'rd, 2008      *Philip P. Ducar*
                    Date                    Signature of Server

Post office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

LIT4772

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, ) ) ) ) ) ) ) ) ) | No. 08 C 1772 |
| Plaintiff, ) | Judge Kocoras |
| v. ) ) | Magistrate Judge Brown |
| CAPITOL PLUMBING, INC., an Illinois corporation, ) ) | |
| Defendant. ) | |

## JUDGMENT ORDER

This matter having come to be heard on Plaintiff's Motion for Default Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Plaintiff's Motion is granted; Defendant is held in default, and judgment is entered in favor of Plaintiff, and against Defendant as provided herein;

IT IS FURTHER ORDERED that on or before September 18, 2008, Defendant shall submit to auditors designated by Plaintiff all books, records, and other information that such auditors may request for the purpose of an audit verifying Defendant's compliance with its contribution and other obligations under its collective bargaining agreement with Chicago Journeymen Plumbers' Local Union 130, U.A., during the period from January 1, 2007, to the

present;

IT IS FURTHER ORDERED that on or before that same date, Defendant shall fully complete and submit to Union all delinquent monthly contribution reports, and shall continue to timely submit such reports while this action is pending and until the collective bargaining agreement is terminated;  and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enter any orders necessary to effectuate and enforce the terms of this Order, and to enter such other and further judgment(s) in favor of Plaintiff and against Defendant for unpaid contributions and other amounts shown to be due and owing under the collective bargaining agreement, ERISA, and/or LMRA, including but not limited to interest, liquidated damages, audit costs, attorneys' fees, and court costs, as well as for such other and further relief as appears just and equitable.


Dated: _____        ENTER:


                                      _____
                                      Charles P. Kocoras
                                      United States District Court Judge