LIT-4772

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1772 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| CAPITOL PLUMBING, INC., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Capitol Plumbing, Inc.
      c/o Tom Mitchell, President
      764 Sojourn Road
      New Lenox, IL 60451

   PLEASE TAKE NOTICE that on Thursday, August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his place and stead, in Courtroom No. 1725 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Default Judgment, a copy of which is herewith served upon you.

                                JAMES T. SULLIVAN, etc., by his
                                attorneys, DOUGLAS A. LINDSAY,
                                JOHN W. LOSEMAN, LISA M. SIMIONI, and
                                BRIAN T. BEDINGHAUS

                        By:     s/ Brian T. Bedinghaus
                                Brian T. Bedinghaus
                                20 N. Clark Street
                                Suite 3200
                                Chicago, IL  60602-5093
                                312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312.580.1200
65100/1140BTB138568

## PROOF OF SERVICE

I served a copy of the foregoing Notice of Motion upon:

Capitol Plumbing, Inc.
c/o Tom Mitchell, President
764 Sojourn Road
New Lenox, IL 60451

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on August 19, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008.

_____
CHRISTINE USYAK

Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312-580-1200

2