# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1772 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Sullivan et al vs. Capital Plumbing, Inc. | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 8/28/2008.  Plaintiffs' motion [12] for default judgment is granted.   Enter judgment order in favor of plaintiffs and against defendant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|